HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DENNIS BALSLEY, | No. C09-5168 RJB |
| Plaintiff, | |
| vs. | STIPULATION FOR PROTECTIVE ORDER |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | AND ORDER |
| Defendant. | |

**I.  STIPULATION**

To protect the confidentiality of information contained in discovery materials produced, and other information disclosed, through discovery in this litigation, the parties through their counsel of record stipulate to entry of a Protective Order which provides as follows:

1. BNSF is producing documents to plaintiff pursuant to this Court's Order dated October 4, 2010 on plaintiff's second motion to compel. Such documents are comprised of incident and/or injury reports which contain information relating to BNSF employees who are not parties to this lawsuit. The parties do therefore stipulate that the information contained in

STIPULATION FOR PROTECTIVE ORDER - 1

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone  (206) 625-1801
Facsimile  (206) 625-1807

1  those documents (BNSF 001144-1557) shall not be used for purposes outside of litigation with
2  BNSF.

3      2.    BNSF is also producing to plaintiff, in response to plaintiff's written request for production, a copy of the train movement replay ("replay") identified in the 30(b)(6) deposition of Scott Unick in this lawsuit. The BNSF replay depicts train movement near Kelso/Longview on April 8, 2006. The replay is deemed Security Sensitive Information to BNSF due to data contained therein that unauthorized parties could use to harm BNSF through the process known as reverse engineering. Such information is considered proprietary information of BNSF.

    3.    It is stipulated by the parties that the above-referenced train movement replay shall not be used or disclosed by plaintiff to any individuals not involved in this lawsuit and identified to BNSF prior to disclosure of the replay to them. Subject to the agreement of BNSF which shall not be unreasonably withheld, such individuals shall be deemed authorized and shall be bound by the provisions of this Stipulation for Protective Order.

    4.    This Protective Order shall not prevent the replay from being offered or received as evidence at trial, subject to such confidentiality measures as the Court may then prescribe, if any. But for such use at trial, the replay shall continue to be treated in accordance with this Stipulation for Protective Order. However, nothing contained in this Stipulation for Protective Order affects in any way or to any degree the admissibility of any discovery material or any information disclosed under the terms of this Stipulation and Order. The admissibility of such material and information shall be governed by the Rules of Evidence and Procedure in the same manner as any other potential evidence in the case.

Dated this 14th day of October, 2010.        Dated this 14th day of October, 2010.

/s/ Paul Bovarnick        /s/ Bradley Scarp
Paul Bovarnick, WSBA # 32706        Bradley Scarp, WSBA # 21453
Attorney for Plaintiff        Kelsey E. Endres, WSBA # 39409

STIPULATION FOR PROTECTIVE ORDER - 2

MONTGOMERY SCARP MACDOUGALL, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

| | |
|---|---|
| 1205 NW 25th Avenue<br>Portland, OR 97210<br>(503) 227-3131 | Attorneys for Defendant<br>1218 3rd Ave, Ste 2700<br>Seattle, WA 98101 |

## II.  ORDER

IT IS SO ORDERED.

Dated this 14th day of October, 2010.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

Presented By:

Montgomery Scarp MacDougall, PLLC
Bradley P. Scarp, WSBA No. 21453
Kelsey Endres, WSBA No. 39409
1218 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
Attorneys for Defendant

STIPULATION FOR PROTECTIVE ORDER - 3

MONTGOMERY SCARP MACDOUGALL, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone  (206) 625-1801
Facsimile  (206) 625-1807